# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 06-60917-CIV-LENARD/TORRES

ZERO TOLERANCE ENTERTAINMENT, INC., THIRD DEGREE FILMS AND BLACK ICE, LTD.,

    Plaintiffs,

v.

MOVIXO, INC. and JOSEPH CECILIA,

    Defendants.

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS

PLEASE TAKE NOTICE that the undersigned attorney, Marc J. Randazza, an attorney admitted to practice in the Southern District of Florida, hereby enters his Notice of Appearance on behalf of Plaintiffs, Zero Tolerance Entertainment, Inc., Third Degree Films and Black Ice, Ltd. ("Plaintiffs") and requests that any and all documents filed with the Court be forwarded to the undersigned as Additional Counsel for Plaintiffs.

Dated: October 20, 2006.

| | |
|---|---|
| 1 | Respectfully Submitted, |
| 2 | |
| 3 | WESTON, GARROU, DeWITT & WALTERS |
| 4 | |
| 5 | By: *[signature: Marc J. Randazza]* |

Clyde DeWitt
California State Bar No. 117911
*clydedewitt@earthlink.net*
Weston, Garrou, DeWitt & Walters
12121 Wilshire Boulevard, Suite 900
Los Angeles, CA 90025-1176
(310) 571-2710; Fax (310) 362-8667

Marc John Randazza
Florida State Bar No. 625566
*MRandazza@firstamendment.com*
Weston, Garrou, Dewitt & Walters
781 Douglas Ave
Altamonte Springs Florida 32714-2566
(407) 975-9150; Fax (407) 774-6151

Joseph F. Lopez
Florida State Bar No. 801283
*lawlopez@bellsouth.net*
905 Brickell Bay Drive
Tower II, Mezzanine, Suite 228
Miami, FL 33131-2935
(305) 358-2533; Fax (305) 358-2072

Attorneys for Plaintiffs Zero Tolerance Entertainment, Inc., Third Degree Films and Black Ice, Ltd.

**Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of such filing to the following: Kevin L. Hagen, Esq., Hagen & Hagen, P.A., 3531 Griffin Road, Fort Lauderdale, FL 33312-5444 via Southern District Courts electronic filing system on this 20th day of October, 2006. A courtesy copy was transmitted by facsimile to Kevin L. Hagen, Esq., Hagen & Hagen, P.A., at the following fax number: (954) 964-3764.

_____
Marc J. Randazza

.