## Marc J. Randazza

**From:** Kevin L. Hagen [khagen@hagenlawfirm.com]
**Sent:** Tuesday, November 13, 2007 6:24 PM
**To:** 'Marc J. Randazza'
**Subject:** RE: Movixo Settlement

How about splitting the difference for 28 payments of $1,000.00 each? I think we can iron the remaining details. And, immediately lifting the Dolphins' curse.


Kevin L. Hagen, Esquire
(954)987-0515

Hagen and Hagen, P.A.
3531 Griffin Road
Ft. Lauderdale, Florida 33312

This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact our office immediately at (954) 987-0515 and take the steps necessary to delete the message completely from your computer system. Thank you.

Visit www.Mediate.ws for our mediation services.

---

**From:** Marc J. Randazza [mailto:mrandazza@firstamendment.com]
**Sent:** Thursday, November 08, 2007 12:03 PM
**To:** 'Kevin L. Hagen'
**Subject:** RE: Movixo Settlement

I predict that if we settle this within a week, the Fins will win at least three games this year – just enough to lose out on the first round draft pick.

If we don't settle within a week, I'm sending Coach Belichick to poach Jason Taylor and Zach Thomas over the off-season.


## Marc John Randazza

**From:** Kevin L. Hagen [mailto:khagen@hagenlawfirm.com]
**Sent:** Thursday, November 08, 2007 11:57 AM
**To:** 'Marc J. Randazza'
**Subject:** RE: Movixo Settlement

I will discuss these points with my client and be in touch with you. Thanks. God save the 'Fins.


Kevin L. Hagen, Esquire
(954)987-0515



1/22/2008