## Marc J. Randazza

| | |
|---|---|
| **From:** | Marc J. Randazza [mrandazza@firstamendment.com] |
| **Sent:** | Thursday, January 03, 2008 5:12 PM |
| **To:** | 'Kevin L. Hagen' |
| **Cc:** | 'jessica@firstamendment.com' |
| **Subject:** | RE: Other Changes |

Done

_____
Marc John Randazza


-----Original Message-----
From: Kevin L. Hagen [mailto:khagen@hagenlawfirm.com]
Sent: Thursday, January 03, 2008 5:03 PM
To: mrandazza@firstamendment.com
Cc: jessica@firstamendment.com
Subject: Other Changes

As discussed, these were the other modifications.

1. Deleting the admission of liability (and changing as you mentioned).

7b. Add "or simply that the matter is resolved."

Thanks.  Happy new year.

Kevin L. Hagen, Esquire
(954)987-0515

Hagen and Hagen, P.A.
3531 Griffin Road
Ft. Lauderdale, Florida 33312

This electronic mail message contains information that (a) is or may be
LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE
PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of
the Addressee(s) named herein. If you are not the intended recipient, an
addressee, or the person responsible for delivering this to an addressee,
you are hereby notified that reading, using, copying, or distributing any
part of this message is strictly prohibited. If you have received this
electronic mail message in error, please contact our office immediately at
(954)987-0515 and take the steps necessary to delete the message completely
from your computer system. Thank you.

Visit www.Mediate.ws for our mediation services.



EXHIBIT E

1