## Marc J. Randazza

**From:** Marc J. Randazza [mrandazza@firstamendment.com]
**Sent:** Thursday, January 10, 2008 10:42 AM
**To:** 'Kevin L. Hagen'
**Cc:** 'Clyde DeWitt'
**Subject:** Zero Tolerance v. Movixo

Kevin,

We have a pre-trial conference date coming up. Obviously, we should not need to have one.

Nevertheless, we are getting the impression that Mr. Taieb is choosing to obstruct settlement.

If we have not reached a signed settlement agreement by tomorrow at 4 PM, EST, I will file two motions with the court. The first will be a motion to extend time so that we may seek summary judgment. The second will be a motion to enforce the settlement terms. Since we have apparently agreed on all of the operative terms, but the only hang-up appears to be Mr. Taieb's ego, I believe that the court will be receptive to such a motion.

Time to tell Taieb to get his act together. There is no more sand in the hourglass.

**Marc John Randazza**

Attorney at Law
Weston, Garrou, DeWitt & Walters
781 Douglas Avenue
Altamonte Springs, Florida 32714

Tel: (407) 975-9150
Fax: (407) 774-6151
Mobile: (407) 739-7887
E-mail: mrandazza@firstamendment.com

*Dedicated to the Defense of Freedom
And the Protection of Creative Expression*

IMPORTANT NOTICE: Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message. This message is intended only for the individual or individuals to whom it is directed. If you are not an intended recipient of this message (or responsible for delivery of this message to such person), any dissemination, distribution or copying of this communication is strictly prohibited and may be a crime. No confidentiality or privilege is waived or lost by any misdirection of this message. If you received this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender by return e-mail.



EXHIBIT H

1/22/2008